UNITED STATES BANKRUPTCY COURT

NORTHERN **DISTRICT OF** ILLINOIS

In re: §
§
DENKER, MICHAEL JOHN § Case No. 14-32721 DRC
§
Debtor §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/08/2014 . The undersigned trustee was appointed on 11/05/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $    50,007.05

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 56.21 |
| Bank service fees | 1,353.17 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 48,597.67 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  03/06/2015  and the deadline for filing governmental claims was  03/09/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,750.35 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,750.35 , for a total compensation of $ 5,750.35 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 4.94 , for total expenses of $ 4.94 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/01/2016             By:/s/GINA B. KROL
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-32721 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | DENKER, MICHAEL JOHN | | | Date Filed (f) or Converted (c): | 09/08/14 (f) |
| | | | | 341(a) Meeting Date: | 10/06/14 |
| For Period Ending: | 08/30/16 | | | Claims Bar Date: | 03/06/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 800.00 | 0.00 | | 0.00 | FA |
| Harris Bank St. Charles, Ill. Joint Checking Acct. | | | | | |
| 2. HOUSEHOLD GOODS | 1,075.00 | 0.00 | | 0.00 | FA |
| 4 bedrooms, living room, dining room, ktichen, family room, basement, 2 baths. | | | | | |
| 3. WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| Personal clothing | | | | | |
| 4. FURS AND JEWELRY | 150.00 | 0.00 | | 0.00 | FA |
| Wedding ring | | | | | |
| 5. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| USAA Term Life Insurance | | | | | |
| 6. PENSION / PROFIT SHARING | 200,000.00 | 0.00 | | 0.00 | FA |
| Denker Muscarello 401K | | | | | |
| 7. STOCK | 0.00 | 0.00 | | 0.00 | FA |
| Denker Muscarello LLC. law office | | | | | |
| 8. PARTNERSHIPS | 0.00 | 0.00 | | 0.00 | FA |
| Denker Family Properties LLC, 10% member which owns property in Wisconsin and Montana with members not entitled to any distributions. | | | | | |
| 9. VEHICLES | 12,300.00 | 0.00 | | 0.00 | FA |
| 2010 Toyota Venza with 48,000 miles | | | | | |
| 10. VEHICLES | 3,200.00 | 0.00 | | 0.00 | FA |
| 2005 Honda Odyssey with 130,000 miles | | | | | |
| 11. VEHICLES | 3,500.00 | 0.00 | | 0.00 | FA |
| 2004 BMW Z4 with 27,000 miles with damaged rims and damaged front | | | | | |
| 12. 2013 State Income Tax Refund (u) | 0.00 | 12,901.05 | | 12,901.05 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 19.06a

Case 14-32721  Doc 40  Filed 09/29/16  Entered 09/29/16 09:39:25  Desc Main
Document      Page 4 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

Case No:      14-32721      DRC    Judge: Donald R. Cassling
Case Name:    DENKER, MICHAEL JOHN

Trustee Name:                GINA B. KROL
Date Filed (f) or Converted (c): 09/08/14 (f)
341(a) Meeting Date:         10/06/14
Claims Bar Date:             03/06/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. 2013 Federal Income Tax Refund (u) | 0.00 | 37,106.00 | | 37,106.00 | FA |

TOTALS (Excluding Unknown Values)          $221,275.00        $50,007.05                    $50,007.05

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

After the resignation of three prior trustees, the current trustee was asked to serve. Trustee has conducted initial 341
and requested books and records. Debtor turned over 2013 income tax refund to Trustee.
October 08, 2015, 12:41 pm

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16

       /s/    GINA B. KROL
_____  Date: 08/30/16
       GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 14-32721 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | DENKER, MICHAEL JOHN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7723  Checking Account |
| Taxpayer ID No: | *******7523 | | | |
| For Period Ending: | 08/30/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/07/15 | 12 | Illinois Dept. of Revenue | State of Illinois Tax Refund 2013 | 1224-000 | 12,901.05 | | 12,901.05 |
| 01/07/15 | 13 | US Department of Treasury | 2013 Federal Tax Refund | 1224-000 | 37,106.00 | | 50,007.05 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.94 | 49,947.11 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | BOND | 2300-000 | | 28.53 | 49,918.58 |
| | | 60 E. 42nd Street | BOND | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.05 | 49,851.53 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.11 | 49,777.42 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.62 | 49,705.80 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.90 | 49,631.90 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.40 | 49,560.50 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.68 | 49,486.82 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.57 | 49,413.25 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.10 | 49,342.15 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.36 | 49,268.79 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.88 | 49,197.91 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.14 | 49,124.77 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.04 | 49,051.73 |
| 02/18/16 | 030002 | ADAMS-LEVINE | Bond - Acct #10BSBGR6291 | 2300-000 | | 27.68 | 49,024.05 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.21 | 48,955.84 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.78 | 48,883.06 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.33 | 48,812.73 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.57 | 48,740.16 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.13 | 48,670.03 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.36 | 48,597.67 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-32721 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | DENKER, MICHAEL JOHN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7723  Checking Account |
| Taxpayer ID No: | *******7523 | | | |
| For Period Ending: | 08/30/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Account *******7723 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 50,007.05 | 2 | Checks | 56.21 |
| | 0 | Interest Postings | 0.00 | 19 | Adjustments Out | 1,353.17 |
| | | Subtotal | $ 50,007.05 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 1,409.38 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 50,007.05 | | | |

/s/   GINA B. KROL

Trustee's Signature: _____  Date: 08/30/16
                    GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 01, 2016 |
|---|---|---|---|---|---|---|

| Case Number: | 14-32721 | Priority Sequence | | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | DENKER, MICHAEL JOHN | | Joint Debtor: | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br>Tax Id: 99-9999999 | Administrative | | $0.00 | $5,755.29 | $5,755.29 |
| 000001<br>070<br>7100-00 | BMO Harris Bank, N.A.<br>c/o Matthew M. Hevrin<br>Hinshaw & Culbertson LLP<br>100 Park Ave.<br>Rockford, IL 61101 | Unsecured | | $0.00 | $3,110,583.27 | $3,110,583.27 |
| 000002<br>080<br>7200-00 | THE PRIVATE BANK & TRUST COMPANY<br>C/O CARLSON DASH, LLC<br>216 S JEFFERSON STREET, SUITE 504<br>CHICAGO, IL  60661 | Unsecured | | $0.00 | $217,093.68 | $217,093.68 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | Administrative | | $0.00 | $28.53 | $28.53 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $0.00 | $27.68 | $27.68 |
| | Case Totals: | | | $0.00 | $3,333,488.45 | $3,333,488.45 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-32721 DRC
Case Name: DENKER, MICHAEL JOHN
Trustee Name: GINA B. KROL

Balance on hand $ 48,597.67

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 5,750.35 | $ 0.00 | $ 5,750.35 |
| Trustee Expenses: GINA B. KROL | $ 4.94 | $ 0.00 | $ 4.94 |
| Other: Adams Levine Surety Bond Agency | $ 28.53 | $ 28.53 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 27.68 | $ 27.68 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 5,755.29
Remaining Balance $ 42,842.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,110,583.27 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | BMO Harris Bank, N.A. c/o Matthew M. Hevrin Hinshaw & Culbertson LLP 100 Park Ave. Rockford, IL 61101 | $ 3,110,583.27 | $ 0.00 | $ 42,842.38 |
| | Total to be paid to timely general unsecured creditors | | | $ 42,842.38 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 217,093.68 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | THE PRIVATE BANK & TRUST COMPANY C/O CARLSON DASH, LLC 216 S JEFFERSON STREET, SUITE 504 CHICAGO, IL  60661 | $       217,093.68 | $              0.00 | $              0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE