IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **MICHAEL JOHN DENKER** | ) | No. 14 B 32721 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO:     See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on September 29, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                              BY:/s/ Gina B. Krol
                                                                         Ch 7 Bankruptcy Trustee

Service List:

BMO Harris Bank, NA
c/o Matthew M. Hevrin
Hinshaw & Culbertson, LLP
100 Park Avenue
Rockford, IL   61101

The Private Bank & Trust Co.
c/o Carlson Dash, LLC
216 S Jefferson Street, Ste 504
Chicago, IL   60661

Michael Davis
mdavis@bknmurray.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov