# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DENKER, MICHAEL JOHN | § | Case No. 14-32721 DRC |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 14,900.00                    Assets Exempt: 206,375.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  42,842.38        Claims Discharged
                                                    Without Payment:  13,811,872.57

Total Expenses of Administration:  7,164.67

3) Total gross receipts of $ 50,007.05  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 50,007.05  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 8,790.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,164.67 | 7,164.67 | 7,164.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,830,358.00 | 3,327,676.95 | 3,327,676.95 | 42,842.38 |
| **TOTAL DISBURSEMENTS** | $ 13,839,148.00 | $ 3,334,841.62 | $ 3,334,841.62 | $ 50,007.05 |

4)  This case was originally filed under chapter 7 on  09/08/2014 .  The case was pending for 27 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/15/2016 _____      By:/s/GINA B. KROL _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 State Income Tax Refund | 1224-000 | 12,901.05 |
| 2013 Federal Income Tax Refund | 1224-000 | 37,106.00 |
| TOTAL GROSS RECEIPTS | | $ 50,007.05 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Financial PO 5855 Carol Stream, IL 60197 | | 8,790.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 8,790.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 5,750.35 | 5,750.35 | 5,750.35 |
| GINA KROL | 2200-000 | NA | 4.94 | 4.94 | 4.94 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 28.53 | 28.53 | 28.53 |
| ADAMS-LEVINE | 2300-000 | NA | 27.68 | 27.68 | 27.68 |
| ASSOCIATED BANK | 2600-000 | NA | 1,353.17 | 1,353.17 | 1,353.17 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,164.67 | $ 7,164.67 | $ 7,164.67 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suburban Bank and Trust c/o Bill Arndt | | 10,527,038.00 | NA | NA | 0.00 |
| 000001 | BMO HARRIS BANK, N.A. | 7100-000 | 3,086,226.00 | 3,110,583.27 | 3,110,583.27 | 42,842.38 |
| 000002 | THE PRIVATE BANK & TRUST COMPANY | 7200-000 | 217,094.00 | 217,093.68 | 217,093.68 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 13,830,358.00 | $ 3,327,676.95 | $ 3,327,676.95 | $ 42,842.38 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| Case No: | 14-32721 | DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | DENKER, MICHAEL JOHN | | Date Filed (f) or Converted (c): | 09/08/14 (f) |
| | | | 341(a) Meeting Date: | 10/06/14 |
| For Period Ending: | 11/15/16 | | Claims Bar Date: | 03/06/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 800.00 | 0.00 | | 0.00 | FA |
| Harris Bank St. Charles, Ill. Joint Checking Acct. | | | | | |
| 2. HOUSEHOLD GOODS | 1,075.00 | 0.00 | | 0.00 | FA |
| 4 bedrooms, living room, dining room, ktichen, family room, basement, 2 baths. | | | | | |
| 3. WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| Personal clothing | | | | | |
| 4. FURS AND JEWELRY | 150.00 | 0.00 | | 0.00 | FA |
| Wedding ring | | | | | |
| 5. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| USAA Term Life Insurance | | | | | |
| 6. PENSION / PROFIT SHARING | 200,000.00 | 0.00 | | 0.00 | FA |
| Denker Muscarello 401K | | | | | |
| 7. STOCK | 0.00 | 0.00 | | 0.00 | FA |
| Denker Muscarello LLC. law office | | | | | |
| 8. PARTNERSHIPS | 0.00 | 0.00 | | 0.00 | FA |
| Denker Family Properties LLC, 10% member which owns property in Wisconsin and Montana with members not entitled to any distributions. | | | | | |
| 9. VEHICLES | 12,300.00 | 0.00 | | 0.00 | FA |
| 2010 Toyota Venza with 48,000 miles | | | | | |
| 10. VEHICLES | 3,200.00 | 0.00 | | 0.00 | FA |
| 2005 Honda Odyssey with 130,000 miles | | | | | |
| 11. VEHICLES | 3,500.00 | 0.00 | | 0.00 | FA |
| 2004 BMW Z4 with 27,000 miles with damaged rims and damaged front | | | | | |
| 12. 2013 State Income Tax Refund (u) | 0.00 | 12,901.05 | | 12,901.05 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

**Exhibit 8**

| Case No: | 14-32721 | DRC   Judge: Donald R. Cassling |
|---|---|---|
| Case Name: | DENKER, MICHAEL JOHN | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 09/08/14 (f) |
| 341(a) Meeting Date: | 10/06/14 |
| Claims Bar Date: | 03/06/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. 2013 Federal Income Tax Refund (u) | 0.00 | 37,106.00 | | 37,106.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $221,275.00 | $50,007.05 | | $50,007.05 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final hearing is set for 10/21/16

October 11, 2016, 01:01 pm

submitted TFR to US Tee for review September 02, 2016, 03:13 pm

After the resignation of three prior trustees, the current trustee was asked to serve. Trustee has conducted initial 341

and requested books and records.  Debtor turned over 2013 income tax refund to Trustee.

October 08, 2015, 12:41 pm

Initial Projected Date of Final Report (TFR): 12/31/16        Current Projected Date of Final Report (TFR): 12/31/16

    /s/      GINA B. KROL

_____ Date: 11/15/16

    GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 14-32721 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | DENKER, MICHAEL JOHN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7723 Checking Account |
| Taxpayer ID No: | *******7523 | | | |
| For Period Ending: | 11/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/07/15 | 12 | Illinois Dept. of Revenue | State of Illinois Tax Refund 2013 | 1224-000 | 12,901.05 | | 12,901.05 |
| 01/07/15 | 13 | US Department of Treasury | 2013 Federal Tax Refund | 1224-000 | 37,106.00 | | 50,007.05 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.94 | 49,947.11 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | BOND | 2300-000 | | 28.53 | 49,918.58 |
| | | 60 E. 42nd Street | BOND | | | | |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.05 | 49,851.53 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.11 | 49,777.42 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.62 | 49,705.80 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.90 | 49,631.90 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.40 | 49,560.50 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.68 | 49,486.82 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.57 | 49,413.25 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.10 | 49,342.15 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.36 | 49,268.79 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.88 | 49,197.91 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.14 | 49,124.77 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.04 | 49,051.73 |
| 02/18/16 | 030002 | ADAMS-LEVINE | Bond - Acct #10BSBGR6291 | 2300-000 | | 27.68 | 49,024.05 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.21 | 48,955.84 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.78 | 48,883.06 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.33 | 48,812.73 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.57 | 48,740.16 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.13 | 48,670.03 |

Page Subtotals 50,007.05 1,337.02

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit 9

| Case No: | 14-32721  -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | DENKER, MICHAEL JOHN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7723  Checking Account |
| Taxpayer ID No: | *******7523 | | | |
| For Period Ending: | 11/15/16 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.36 | 48,597.67 |
| 10/21/16 | 030003 | Gina Krol | Final Distribution | | | 5,755.29 | 42,842.38 |
| | | 105 W. Madison Street | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| | | | Fees          5,750.35 | 2100-000 | | | |
| | | | Expenses          4.94 | 2200-000 | | | |
| 10/21/16 | 030004 | BMO Harris Bank, N.A. | Final Distribution | 7100-000 | | 42,842.38 | 0.00 |
| | | c/o Matthew M. Hevrin | (1-1) money judgment | | | | |
| | | Hinshaw & Culbertson LLP | | | | | |
| | | 100 Park Ave. | | | | | |
| | | Rockford, IL 61101 | | | | | |

|  | | |
|---|---|---|
| COLUMN TOTALS | 50,007.05 | 50,007.05 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 50,007.05 | 50,007.05 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 50,007.05 | 50,007.05 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******7723 | 50,007.05 | 50,007.05 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 50,007.05 | 50,007.05 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  | Page Subtotals | 0.00 | 48,670.03 |
|---|---|---|---|

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*